UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-1962

JOHN DOE,

                Plaintiff,

    -against-

UNIVERSITY OF DENVER, UNIVERSITY OF DENVER BOARD OF TRUSTEES, REBECCA CHOPP, individually and as agent for UNIVERSITY OF DENVER, KRISTIN OLSON, individually and as agent for UNIVERSITY OF DENVER, JEAN MCALLISTER, individually and as agent for UNIVERSITY OF DENVER, SIRI SLATER, individually and as agent for UNIVERSITY OF DENVER, and ERIC BUTLER, individually and as agent for UNIVERSITY OF DENVER,

                Defendants.

_____

COMPLAINT COVER SHEET (RESTRICTED)
_____

Plaintiff John Doe, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Michael P.C., will be seeking a Level 1 restriction of his Complaint. Upon acceptance of this filing with the Court, Plaintiff will file his Motion to Restrict Access in accordance with D.C. Colo. L. Civ. R 7.2 and related restricted "John Doe" Complaint.

Dated this 15th day of August 2017.

Respectfully submitted,

*/s/ Michael J. Mirabella*
*[e-filing-August 15, 2017]*

Michael J. Mirabella, Esq.
420 East 17th Avenue, Suite 400
Denver, CO 80203
720-931-2094
mmirabella@mbellalaw.com

-and-

*/s/ Andrew T. Miltenberg*
*[e-filing-August 15, 2017]*

Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Tara Davis, Esq.
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
212-736-4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
tdavis@nmllplaw.com

Counsel for Plaintiff