IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 17–cv–01962–PAB–KMT

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF DENVER, UNIVERSITY OF DENVER BOARD OF TRUSTEES,
REBECCA CHOPP, individually and as agent for UNIVERSITY OF DENVER,
KRISTIN OLSON, individually and as agent for UNIVERSITY OF DENVER,
JEAN MCALLISTER, individually and as agent for UNIVERSITY OF DENVER,
SIRI SLATER, individually and as agent for UNIVERSITY OF DENVER, and
ERIC BUTLER, individually and as agent for UNIVERSITY OF DENVER,

    Defendants.

## ORDER

A Final Pretrial Conference is scheduled for January 28, 2019 at 10:00 a.m. In accordance with this court's directions to counsel at the time of the Scheduling Conference, the parties have timely submitted a proposed Final Pretrial Order for the court's consideration. That proposed order did not contain the parties' exhibit list. However, the exhibit list [Doc. No. 89-1] was filed on January 24, 2019 and will be incorporated into the Final Pretrial Order.

After review of the proposed Final Pretrial Order and the joint exhibit list, this court is satisfied that the parties have met their obligations pursuant to Fed. R. Civ. P. 16(e) and a further telephonic conference at this stage would not be productive. The proposed Final Pretrial Order, including the joint exhibit list identified above, shall be entered as an Order of Court.

2

The telephonic conference scheduled on January 28, 2019 at 10:00 a.m. is **VACATED and instead the parties are directed to place a conference call directly to the chambers of District Judge Philip A Brimmer** to receive further instructions regarding the scheduling of a trial date and a trial preparation conference.

Dated January 25, 2019.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge