IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:17-cv-01962 - PAB-KMT

JOHN DOE,

    Plaintiff,

    v.

UNIVERSITY OF DENVER; *et al.*

    Defendants.

---

## NOTICE OF APPEAL

Plaintiff, John Doe, through his counsel, provides this Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the District Court of Colorado's August 22, 2019 Judgment [Dkt. 96] entered in favor of Defendants University of Denver, University of Denver Board of Trustees, Rebecca Chopp, individually and as agent for University of Denver, Kristin Olson, individually and as agent for University of Denver, Jean McAllister, individually and as agent for University of Denver, Siri Slater, individually and as agent for University of Denver, and Eric Butler, individually and as agent for University of Denver, against Plaintiff John Doe. Respectfully submitted on this 19th day of September 2019.

                                                **NESENOFF & MILTENBERG, LLP**

                                                **By:** */s/ Andrew T. Miltenberg*
                                                **Andrew T. Miltenberg, Esq.**
                                                **Stuart Bernstein, Esq.**
                                                **Tara J. Davis, Esq.**
                                                **363 Seventh Avenue, Fifth Floor**
                                                **New York, New York 10001**
                                                **(212) 736-4500**
                                                **amiltenberg@nmllplaw.com**
                                                **sbernstein@nmllplaw.com**
                                                **tdavis@nmllplaw.com**

-and-

**MICHAEL MIRABELLA, P.C.**

By: */s/ Michael J. Mirabella*
Michael J. Mirabella, Esq.
Campbell Killen Brittan & Ray
270 St. Paul Street, Suite 300
Denver, Colorado 80206
303-322-3400
mmirabella@ckbrlaw.com

*Attorneys for Plaintiff John Doe*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of September 2019, I served the foregoing **NOTICE OF APPEAL** via ECF filing system to the following:

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Jim Goh
600 17th Street, Suite 2700S
Denver, CO 80202
jgoh@constangy.com

                                               */s/ Andrew T. Miltenberg*
                                               Andrew T. Miltenberg, Esq.