**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01962-PAB-KMT

JOHN DOE,

      Plaintiff,

v.

UNIVERSITY OF DENVER;
UNIVERSITY OF DENVER BOARD OF TRUSTEES;
REBECCA CHOPP, individually and as agent for UNIVERSITY OF DENVER;
KRISTIN OLSON, individually and as agent for UNIVERSITY OF DENVER;
JEAN MCALLISTER, individually and as agent for UNIVERSITY OF DENVER;
SIRI SLATER, individually and as agent for UNIVERSITY OF DENVER; and
ERIC BUTLER, individually and as agent for UNIVERSITY OF DENVER,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT
STATUS REPORT**

---

      Defendants University of Denver ("DU"), University Board of Trustees, and the individual Defendants (collectively "Defendants"), by and through their undersigned counsel, Constancy, Brooks, Smith & Prophete, LLP, hereby respectfully request a three (3) week extension of time to file a joint pretrial status report per the Court's Order (Dkt. 107). Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel certifies that they have conferred with Plaintiff's counsel. Plaintiff does not oppose the relief requested in this Motion.

      As grounds for this motion, Defendants state as follows:

1.      The United States Court of Appeals for the Tenth Circuit issued its mandate transferring jurisdiction back to the United Stated District Court for the Court of Colorado on August 23, 2021.

2.      On September 1, 2021, this Court ordered the parties to file a joint status report on or before September 13, 2021 indicating what pretrial matters the Court should consider. (Dkt. 107).

3.      Defendants' associate counsel is set to begin trial in a matter pending before the United States District Court for the Eastern District of Texas (*Steven Thomas Alley v. Eastman Chemical Company*, USDC E.D. Texas Case No. 2:20-cv-00395-JRG-RSP) on Monday, September 13, 2021. Defendants' lead counsel is scheduled to be out of the country during this same time period.

4.      For these reasons, Defendants respectfully request an extension of three (3) weeks for the parties to file their joint pretrial status report, up through and including October 4, 2021.

5.      The parties have not sought any prior extensions of time in relation to this deadline.

6.      No other deadlines will be affected by this extension.

7.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is contemporaneously being served on the parties' representatives.

8.      No party will be prejudiced by the relief requested herein.

WHEREFORE, Defendants University of Denver ("DU"), University Board of Trustees, and the individual Defendants respectfully move for a three (3) week extension of time, up through and including October 4, 2021, to file a joint pretrial status report.

Respectfully submitted, this 7th day of September. 2021.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Jim Goh*
Jim Goh
Erin Rayner Mangum
600 17th Street, Suite 2700S
Denver, CO  80202
Telephone:  720-343-7533
Facsimile:   720-343-7571
jgoh@constangy.com
rmangum@constangy.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2021, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael J. Mirabella, Esq.
mmirabella@ckbrlaw.com

Andrew T. Miltenberg, Esq.
amiltenberg@nmllplaw.com

Stuart Bernstein, Esq.
sbernstein@nmllplaw.com

Tara J. Davis
tdavis@nmllplaw.com

*s/ Hannah Owen*
**Hannah Owen**, Paralegal

4