**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01962-PAB-KMT

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF DENVER;
UNIVERSITY OF DENVER BOARD OF TRUSTEES;
REBECCA CHOPP, individually and as agent for UNIVERSITY OF DENVER;
KRISTIN OLSON, individually and as agent for UNIVERSITY OF DENVER;
JEAN MCALLISTER, individually and as agent for UNIVERSITY OF DENVER;
SIRI SLATER, individually and as agent for UNIVERSITY OF DENVER; and
ERIC BUTLER, individually and as agent for UNIVERSITY OF DENVER,

    Defendants.

---

### DEFENDANTS' STATUS REPORT

---

    Defendants University of Denver ("DU"), University Board of Trustees, and the individual Defendants (collectively "Defendants"), by and through their undersigned counsel, Constangy, Brooks, Smith & Prophete, LLP, hereby file this status report in accordance with the Court's September 1, 2021 Minute Order (Dkt. 107).

    Defendants state that, following the Tenth Circuit's appellate ruling, Plaintiff's remaining claims are his Title IX claim in this Court. Following this Court's prior summary judgment ruling dismissing Plaintiff's state law claims without prejudice, Plaintiff filed his state-law claims in Denver District Court. The state court granted DU's motion for summary judgment on Plaintiff's state-law claims, and Plaintiff appealed to the Colorado Court of Appeals. The appeal

on Plaintiff's state-law claims is currently pending before the Colorado Court of Appeals in Case No. 2020CA1545.  Defendants understand that, should Plaintiff's state-law claims survive after exhausting all state appellate channels, Plaintiff may request to have the state-law claims transferred to federal court to be adjudicated along with the Title IX claim.

With regard to Plaintiff's Title IX claim, discovery has been completed, and Defendants believe that the matter need only be set for trial.

Respectfully submitted, this 4th day of October, 2021.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Jim Goh*
Jim Goh
Erin Rayner Mangum
600 17th Street, Suite 2700S
Denver, CO  80202
Telephone:  720-343-7533
Facsimile:   720-343-7571
jgoh@constangy.com
rmangum@constangy.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2021, I electronically filed the foregoing **DEFENDANTS' STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Michael J. Mirabella, Esq.
    mmirabella@ckbrlaw.com

    Andrew T. Miltenberg, Esq.
    amiltenberg@nmllplaw.com

*s/ Hannah Owen*
**Hannah Owen**, Paralegal

3