IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01962-PAB-KMT

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF DENVER,
UNIVERSITY OF DENVER BOARD OF TRUSTEES,
REBECCA CHOPP, individually and as agent for University of Denver,
KRISTIN OLSON, individually and as agent for University of Denver,
JEAN McALLISTER, individually and as agent for University of Denver,
SIRI SLATER, individually and as agent for University of Denver, and
ERIC BUTLER, individually and as agent for University of Denver,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendants' Status Report [Docket No. 110] and Plaintiff's Status Report [Docket No. 112].

    Following the mandate of the United States Court of Appeals for the Tenth Circuit, Docket No. 106, the Court reinstated the portions of defendants' summary judgment motion not foreclosed by the mandate. Docket No. 107 at 2. The Court noted that this included plaintiff's state-law claims, which the Court did not reach because it declined to exercise supplemental jurisdiction. *Id.* at 1; *see also* Docket No. 95 at 28–29. The Court ordered the parties to file status reports stating, among other things, what issues the Court should resolve, other than plaintiff's state-law claims. Docket No. 107 at 1–2.

    The parties' status reports, Docket Nos. 110, 112, indicate that, after the Court granted defendants' motion for summary judgment and dismissed plaintiff's state-law claims, plaintiff filed those state-law claims in Denver District Court. *See* Docket No. 110 at 1–2; Docket No. 112 at 1–2. The state court granted defendants' motion for summary judgment as to those claims. Docket No. 110 at 1; Docket No. 112 at 2. Plaintiff has appealed that ruling. Docket No. 110 at 1–2; Docket No. 112 at 2. As of the date of the parties' status reports, plaintiff's appeal remains pending before the Colorado Court of Appeals. Docket No. 110 at 1–2; Docket No. 112 at 2. After plaintiff

appealed the Denver District Court order, the Tenth Circuit issued its order in this case. Docket No. 112 at 2.

The parties appear to agree that the only claim presently pending before this Court is plaintiff's Title IX claim. *See* Docket No. 110 at 1 ("following the Tenth Circuit's appellate ruling, [p]laintiff's remaining claims are his Title IX claim in this Court"); Docket No. 112 at 2 (acknowledging that plaintiff's state-court claims are proceeding in state court). The Court agrees that plaintiff's state-law claims are not presently before the Court.

Wherefore, it is

**ORDERED** that the portions of Defendants' Motion for Summary Judgment [Docket No. 71] seeking dismissal of plaintiff's state-law claims is **DENIED as moot**.

DATED November 10, 2021.