IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 17-cv-01962-PAB-MDB

JOHN DOE,

     Plaintiff,

v.

UNIVERSITY OF DENVER et al.,

     Defendants.

---

## ORDER

---

This matter is before the Court on Defendants' Opposed Motion to Stay the Case, Docket No. 120, and Plaintiff's Response to Defendants' Motion to Stay the Case. Docket No. 123. The Court ordered the parties to file a status report to assist the Court in evaluating the motions. Docket No. 125. The parties filed a joint status report in response. Docket No. 126.

Defendants move to stay the case in light of developments in plaintiff's related case against them in Colorado state court. *See generally* Docket No. 120. Specifically, defendants have a pending petition for a writ of certiorari before the Colorado Supreme Court in which they seek review of the Colorado Court of Appeals' decision pertaining to plaintiff's state law claims. *Id.* at 3-4. Although plaintiff initially opposed defendants' motion to stay the case, he no longer opposes it in light of the pending petition for certiorari and other recent developments. Docket No. 123 at 1.

The parties estimate that the Colorado Supreme Court is likely to rule on defendants' petition for a writ of certiorari in early 2023, and they have offered to update the Court within seven days of such a decision to inform the Court of developments in the appeal and settlement.  Docket No. 126.  It is therefore

**ORDERED** that Defendants' motion to stay the case [Docket No. 120] is **GRANTED**.  It is further

**ORDERED** that this case is hereby STAYED.  As a result, previously established settings and scheduling deadlines are **VACATED**.  It is further

**ORDERED** that the trial preparation conference scheduled for December 16, 2022 at 1:30 p.m. and the jury trial schedule to commence on January 9, 2023 are **VACATED**.  It is further

**ORDERED** that the parties shall file a status report within seven days of a decision by the Colorado Supreme Court on defendants' petition for writ of certiorari.

DATED November 18, 2022.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge