## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO: 1:17-cv-01962-PAB-MDB**

| | |
|---|---|
| JOHN DOE | : |
| Plaintiff, | : |
| v. | : |
| UNIVERSITY OF DENVER | : |
| Defendant. | : |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report in response to the Court's Order dated November 18, 2022 (Doc. No. 128).

On March 6, 2023, the Colorado Supreme Court issued a decision granting Defendants' petition for a writ of certiorari. The Colorado Supreme Court's Order requires Defendant's opening brief to be filed on/or before April 17, 2023. Plaintiff's responsive brief is to be filed on/before May 22, 2023, with Defendant's reply due on/before June 12, 2023.

Dated: March 10, 2023

/s/ Tara Davis
Andrew T. Miltenberg, Esq.
Tara J, Davis, Esq.
Stuart Bernstein, Esq.
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
215-736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
sbernstein@nmllplaw.com

/s/ *Michael J. Mirabella*
Michael J. Mirabella, Esq.
Campbell Killen Brittan & Ray
270 St. Paul Street, Suite 300
Denver, CO 80206
303-394-7209
mmirabella@ckbrlaw.com

*Attorneys for Plaintiff*

/s/ *Joshua W. B. Richards*
Joshua W. B. Richards
Patrick F. Nugent
Saul Ewing Arnstein & Lehr LLP
1500 Market St., 38th Floor
(tel) (215) 972-7777
joshua.richards@saul.com
patrick.nugent@saul.com

*Attorneys for Defendant*