# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO:  1:17-cv-01962-PAB-MDB**

|  |  |
|---|---|
| JOHN DOE, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| UNIVERSITY OF DENVER, | : |
|  | : |
| Defendant. | : |

## JOINT STATUS REPORT

The parties submit this Joint Status Report in response to the Court's minute order dated October 21, 2024 (Doc. 140).

As the parties advised the Court during the status conference on October 21, 2024, the parties had a mediation scheduled for October 24, 2024 to explore a settlement as to all claims asserted in this action and in the State Court action captioned *John Doe v. Univ. of Denver*, Case No. 2019CV33640 (District Court for the City and County of Denver).  The parties reached a settlement at mediation as to all claims and intend to stipulate to the dismissal of this action and the State Court action, with prejudice, after executing a final written settlement agreement.

Pending further order of the Court, the parties will apprise the Court when the final agreement has been signed and will jointly request a dismissal with prejudice at that time.

Respectfully submitted,

Dated: October 28, 2024

*/s/ Joshua W. B. Richards*
Joshua W. B. Richards
Patrick F. Nugent
Saul Ewing LLP
1500 Market St., 38th Floor
(215) 972-7737
joshua.richards@saul.com
patrick.nugent@saul.com

*Attorneys for Defendant*

*/s/ Stuart Bernstein*
Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
Stuart Bernstein, Esq.
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
sbernstein@nmllplaw.com

*/s/ Michael J. Mirabella*
Michael J. Mirabella, Esq.
Campbell Killen Brittan & Ray
270 St. Paul Street, Suite 300
Denver, CO 80206
(303) 394-7209
mmirabella@ckbrlaw.com

*Attorneys for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of October, 2024, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following email addresses:

Michael J. Mirabella, Esq.
mmirabella@ckbrlaw.com

Stuart Bernstein, Esq.
sberstein@nmllplaw.com

Tara Jill Davis, Esq.
tdavis@nmllplaw.com

Andrew T. Miltenberg, Esq.
amiltenberg@nmllplaw.com

*/s/ Joshua W. B. Richards*
Joshua W. B. Richards