**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO: 1:17-cv-01962-PAB-MDB**

JOHN DOE,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

**STIPULATION OF DISMISSAL**

Plaintiff John Doe and Defendant the University of Denver respectfully submit this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties hereby stipulate to dismissal, with prejudice, of all claims in this action, with each party to pay its own costs and attorneys' fees.

Respectfully submitted,

Dated: December 19, 2024

*/s/ Joshua W. B. Richards*

Joshua W. B. Richards
Patrick F. Nugent
Saul Ewing LLP
1500 Market St., 38th Floor
(215) 972-7737
joshua.richards@saul.com
patrick.nugent@saul.com

*Attorneys for Defendant*

*/s/ Stuart Bernstein*
Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
Stuart Bernstein, Esq.
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
sbernstein@nmllplaw.com

*/s/ Michael J. Mirabella*
Michael J. Mirabella, Esq.
Campbell Killen Brittan & Ray
270 St. Paul Street, Suite 300
Denver, CO 80206
(303) 394-7209
mmirabella@ckbrlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Michael J. Mirabella, Esq.
mmirabella@ckbrlaw.com

Stuart Bernstein, Esq.
sberstein@nmllplaw.com

Tara Jill Davis, Esq.
tdavis@nmllplaw.com

Andrew T. Miltenberg, Esq.
amiltenberg@nmllplaw.com

*/s/ Joshua W. B. Richards*
Joshua W. B. Richards